1  Raymond Y. Kim (SBN 251210)
   Email: rkim@reedsmith.com
2  Zachary C. Frampton (SBN 303225)
   Email: zframpton@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue
4  Suite 2900
   Los Angeles, CA 90071-1514
5  Telephone: +1 213 457 8000
   Facsimile: +1 213 457 8080
6
7  Attorneys for Defendant
   FREEDOM MORTGAGE
   CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FREEDMAN, AMY FREEDMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> FREEDOM MORTGAGE CORPORATION, <br><br> Defendant. | Case No.: <br><br> [Removal from Superior Court of California, County of Santa Barbara, Case No. 10CV01145] <br><br> **DEFENDANT FREEDOM MORTGAGE CORPORATION'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332, 1441 AND 1446** <br><br> Compl. Filed:    February 27, 2020 |

NOTICE OF REMOVAL OF CIVIL
ACTION UNDER 28 U.S.C. §§ 1332, 1441, AND 1446

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to 28 United States Code §§ 1332(a), 1441, and 1446, Defendant Freedom Mortgage Corporation ("Freedom Mortgage") hereby removes the above-entitled civil action from the Superior Court of the State of California for the County of Santa Barbara to the United States District Court for the Central District of California, Western Division, on the following grounds:

## STATEMENT OF JURISIDICTION

1. This Court has diversity jurisdiction over the instant action under 28 U.S.C. §§ 1332(a) because: (i) the amount in controversy exceeds $75,000 and (ii) there is complete diversity of citizenship between Freedom Mortgage and Plaintiffs Daniel Freedman and Amy Freedman ("Plaintiffs").

2. This action is timely and properly removed by the filing of this Notice.

## PLEADINGS, PROCESS, AND ORDERS

3. On February 27, 2020, Plaintiffs filed a "Class Action Complaint" in the Superior Court of the State of California for the County of Santa Barbara entitled *Daniel Freedman et al. v. Freedom Mortgage Corporation*, bearing case number 20CV01145 (the "Complaint").

4. On March 5, 2020, Plaintiff served a copy of the Complaint on Freedom Mortgage. Declaration of Raymond Y. Kim ("Kim Decl."), ¶ 2. Accordingly, not more than 30 days have passed since Freedom Mortgage received Plaintiff's Complaint. 28 U.S.C. § 1446(b); Fed. R. Civ. Proc. 6.

5. Plaintiffs' Complaint alleges that Freedom Mortgage reported to each of the consumer credit reporting agencies that Plaintiffs were 30 days late on their monthly mortgage payments for the month of July 2018 and December 2018, and 60 days late for the month of January 2019. Compl. ¶ 16. Plaintiffs further contend that while the payments were late, they were not more than 30 or 60 days late, as reported. Compl. ¶¶ 21-31. Based on these allegations, Plaintiffs asserts violations of: (i) the

Consumer Credit Reporting Agencies Act, Cal Civ. Code § 1785.25(a) ("CCRAA"); and (ii) the California Unfair Competition Law, Business and Professions Code § 17200 ("UCL").

6. Freedom Mortgage has not filed a response to the Complaint in state court.[1]

7. To Freedom Mortgage's knowledge, as of the date of this Notice of Removal, no other parties have been named or served with a copy of the Summons and Complaint.

8. Copies of all state court process, pleadings, and orders received by Freedom Mortgage are attached to this Notice as **Exhibit 1** and incorporated herein by this reference.

## FEDERAL DIVERSITY JURISDICTION EXISTS

**I.     Diversity of Citizenship**

9. Freedom Mortgage is informed and believes, and on that basis alleges, that at the commencement of this action, and at all times herein, Plaintiffs were, and now are, citizens of the State of California.  Compl. ¶ 4.

10. At the commencement of this action, and at all times herein, Freedom Mortgage was, and now is, a New Jersey corporation with its principal place of business in New Jersey.  Compl. ¶ 6.

**II.    The Amount in Controversy Exceeds $75,000**

11. In the Complaint, Plaintiffs allege they suffered actual damages in the form of improper late fees and property inspection fees totaling $118.97.  Compl. ¶ 50-53.

12. In addition, Plaintiffs also seek punitive damages under the CCRAA in the amount of $5,000 for each month Freedom Mortgage reported Plaintiffs as 30 days

---

[1] Freedom Mortgage denies the allegations in the Complaint and denies that it caused the alleged injuries or damages claimed by Plaintiffs.

late to the consumer credit reporting agencies.[2]  Compl. ¶¶ 76-81.  Plaintiffs allege that Freedom Mortgage first reported their account as 30 days late in the month following their July 2018 mortgage payment—i.e., August 2018.  Compl. ¶ 16.  Each Plaintiff thus seeks up to $5,000 in damages per month over the 18-month period from August 2018 to February 2020, when Plaintiffs filed the Complaint.  Plaintiffs therefore *each* seek $90,000 in cumulative punitive damages, which exceeds the jurisdictional amount of $75,000.

13.  Plaintiffs also seek to recover their attorney's fees and costs under the CCRAA (*id.* at ¶ 82).  "[W]here an underlying statute authorizes an award of attorneys' fees, either with mandatory or discretionary language, such fees may be included in the amount in controversy."  *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1156 (9th Cir. 1998).  In addition, "a court *must include future attorneys' fees* recoverable by statute or contract when assessing whether the amount-in-controversy requirement is met."  *Fritsch v. Swift Transportation Co. of Arizona, LLC*, 899 F.3d 785, 794 (9th Cir. 2018) (emphasis added).  "The amount of fees commonly incurred in similar litigation can usually be reasonably estimated based on experience."  *Brady v. Mercedes-Benz USA, Inc.*, 243 F. Supp. 2d 1004, 1011 (N.D. Cal. 2002).

14.  If Plaintiffs were to prevail, the total recoverable attorney's fees alone would exceed the jurisdictional amount of $75,000.  By way of example, counsel for Plaintiffs recently recovered $164,699 in attorneys' fees, costs, and expenses in a class action matter involving claims under the federal Fair Credit Reporting Act ("FCRA") against HKA Enterprises, LLC, in the United States District Court for the District of South Carolina, bearing case number 7:19-cv-00265 ("HKA Class Action").  *See* Kim Decl. ¶ 3, Ex. A (Complaint) and Ex. B (Order on Attorney's Fees, Costs, and

---

[2] Notwithstanding Plaintiffs' claim for statutory punitive damages "for each violation," Freedom denies that Plaintiffs are entitled to punitive damages of $100.00 to $5,000.00 for each month of allegedly unlawful reporting.

Incentive Awards). In the HKA class action, Plaintiff's attorneys billed over 324.4 hours at their standard rates, which ranged from $429 to $615 per hour. *Id.* at ¶ 3, Ex. C (Declaration of Jared M. Hartman); *Id.* at ¶ 3, Ex. D (Declaration of Matthew R. Wilson). Notably, Plaintiffs' attorneys generated these fees before the matter proceeded to dispositive motion practice or trial. *Id.* at ¶ 3, Ex. E (PACER Docket Report).

15. In sum, if Plaintiffs were to prevail and obtain the punitive damages, actual damages, and attorney's fees they seek, each Plaintiff's total recovery would no doubt exceed the jurisdictional amount of $75,000.

16. Therefore, the United States District Court for the Central District of California has original jurisdiction under 28 U.S.C. § 1332(a) in that complete diversity of citizenship exists between Plaintiff and Freedom Mortgage, and the requisite amount in controversy exists in this civil action.

### THE CENTRAL DISTRICT OF CALIFORNIA IS THE PROPER VENUE

17. The United States District Court for the Central District of California, Western Division, is the proper division to where this matter should be assigned because this action is pending in the Superior Court of the State of California for the County of Santa Barbara, and Plaintiffs are citizens of the State of California. Compl. ¶ 4.

1. **WHEREFORE**, Freedom Mortgage files this Notice of Removal of this action from the Superior Court of the State of California for the County of Santa Barbara in which it is now pending, to the United States District Court for the Central District of California, Western Division.

2.  **WHEREFORE**, Freedom Mortgage prays that this action be removed from the Superior Court of the State of California for the County of Santa Barbara to the United States District Court for the Central District of California.

DATED: April 6, 2020

REED SMITH LLP

By: */s/ Raymond Y. Kim*
Raymond Y. Kim
Zachary C. Frampton
Attorneys for Defendant
FREEDOM MORTGAGE CORPORATION

NOTICE OF REMOVAL OF CIVIL
ACTION UNDER 28 U.S.C. §§ 1332, 1441, AND 1446